SUNITA KAPOOR, LL.M. (SBN #154186)
LAW OFFICES OF SUNITA KAPOOR
4115 Blackhawk Plaza Circle, Suite 100
Danville, CA 94506
Telephone: (925) 351-6789
Facsimile: (925) 831-1059

Attorney for Plaintiff
Mission Trading Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mission Trading Company, Inc., a California corporation,<br><br>   Plaintiffs,<br><br>   v.<br><br>Cassandra Kay Banning, an individual, Rick Ray Banning, an individual, and DOES 1-10, inclusive,<br><br>   Defendants. | CASE NO. 3:15-cv-03360 EDL<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:

Pursuant to a settlement agreement between the Parties, Plaintiff Mission Trading Company, Inc., a California corporation, hereby files this voluntary Notice of Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated: October 22, 2015          **LAW OFFICES OF SUNITA KAPOOR**

                                By: _____
                                Sunita Kapoor
                                Attorneys for Plaintiff
                                Mission Trading Company, Inc.

---

NOTICE OF VOLUNTARY DISMISSAL

Case No. 3:15-CV-03360 EDL